UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRENTON KAMINSKI, *et al.*, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-10-551 |
| | § | |
| BWW SUGAR LAND PARTNERS, *et al.*, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the court in this Fair Labor Standards Act ("FLSA") case are motions to dismiss filed by various named defendants, (Dkts. 64, 66), and accompanying motions for protective orders, (Dkts. 65, 67) seeking a stay of discovery until the motions to dismiss are ruled upon. The court, having considered the motions, the responses, the replies, and the applicable law, is of the opinion that the motions be DENIED. The first amended complaint now sets forth allegations sufficient to inform each named defendant of their alleged role as an FLSA "employer."

It is so ORDERED.

Signed at Houston, Texas on January 18, 2011.

_____
Gray H. Miller
United States District Judge